SCOTT GERIEN (State Bar No. 184728)
sgerien@dpf-law.com
JOY L. DURAND (State Bar No. 245413)
jdurand@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
1455 First Street, Suite 301
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff
JAM CELLARS, INC.


ROBERT C. HOLTZAPPLE (State Bar No. 145954)
rholtzapple@fbm.com
KELLY M. MATAYOSHI (State Bar No. 284596)
kmatayoshi@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
O'NEILL BEVERAGES CO. LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JaM Cellars, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>O'Neill Beverages Co. LLC,<br><br>Defendant. | CASE NO. 3:17-cv-00690-WHO<br><br>**STIPULATED DISMISSAL WITH PREJUDICE; ORDER** |

  The parties in this action have entered into a settlement agreement resolving the dispute. As part of the settlement agreement Defendant is required to change its product packaging to feature a new label for use with the trademark at issue in this dispute. The parties

have agreed that the new label is an acceptable mechanism to address Plaintiff's concerns related to the trademark infringement claims asserted in this matter. However, before Defendant can utilize this new label, the new label must be approved by state and federal agencies that regulate the alcohol beverage industry.

Accordingly, the parties stipulate that this matter be DISMISSED WITH PREJUDICE and any hearings scheduled in this matter be VACATED, but if any party certifies to this Court, with proper notice to opposing counsel prior to July 1, 2018, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

Respectfully Submitted,

Dated: January 15, 2018

DICKENSON, PEATMAN & FOGARTY

/s/ J. Scott Gerien
J. Scott Gerien

Attorneys for Plaintiff,
JAM CELLARS, INC.

Dated: January 15, 2018

FARELLA BRAUN + MARTEL LLP

/s/ Robert C. Holtzapple
Robert C. Holtzapple

Attorneys for Defendant,
O'NEILL BEVERAGES CO. LLC

ORDER

IT IS SO ORDERED.

DATED: January 17, 2018

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE